UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| I LOVE JUICE BAR FRANCHISING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ILJB CHARLOTTE JUICE, LLC, et al. <br><br> Defendants. | Case No. 3:19-cv-00981 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## ORDER

On January 10, 2020, the Court granted Plaintiff I Love Juice Bar Franchising, LLC's motion to continue the initial case management conference (ICMC) in this matter and reset the ICMC for February 20, 2020. (Doc. No. 41.) On February 14, 2020, plaintiff filed a motion for default judgment and a permanent injunction. (Doc. No. 42.) In light of this pending motion and the parties' failure to file a joint proposed case management order, the ICMC set for February 20, 2020 is CANCELLED. The parties shall move to reset the initial case management conference within 7 days of the resolution of the motion for default judgment.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge